# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

TRACY A. MORRIS,

    Plaintiff,

vs.

MARONDA HOMES, INC. OF
FLORIDA, a Florida
corporation,

    Defendant.
_____/

CASE NO.:

8:05-CV-127-T-27MSS

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, Defendant, Maronda Homes, Inc. of Florida, ("Defendant") hereby removes this action to the United States District Court for the Middle District of Florida, Tampa Division. The grounds for removal are as follows:

1. On or about January 3, 2005, Plaintiff filed an action against Defendant in the Circuit Court, Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case No. 05-0029 ("State Court Action").

2. Although it has not yet been served, Defendant first received notice of the State Court Action on January 3, 2005, when it became aware the State Court Action was filed.

3. From the allegations in Plaintiff's Complaint, it appears both counts in Plaintiff's Complaint arise under one or more laws of the United States. In



particular, Plaintiff raises claims under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e(k).

4.  Thus, this Court has original jurisdiction over the cause of action pursuant to 28 U.S.C. § 1331, and removal of this action to this Court is proper under 28 U.S.C. § 1441.

5.  Moreover, Plaintiff raises claims pursuant to Chapter 760, Florida Statutes, that are sufficiently related to the federal question claims as to form part of the same case or controversy. Accordingly, this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

6.  Venue is proper in the United States District Court for the Middle District of Florida, Tampa Division, pursuant to 28 U.S.C. § 1391 and Local Rules 1.03 and 4.02, Local Rules, United States District Court, Middle District of Florida.

7.  Defendant has provided written notice of the filing of this Notice of Removal to the Plaintiff by service upon her attorney and has filed a copy of this Notice of Removal with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit for Hillsborough County, Florida.

8.  All of the papers filed in the State Court Action are attached hereto as Composite **Exhibit "A."**

WHEREFORE, Defendant Maronda Homes, Inc. of Florida respectfully requests that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. §§1441 and 1446.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. Mail to Catherine A. Kyres, 3818 West Azeele Street, Tampa, Florida 33609 this 21st day of January, 2005.

HOLLAND & KNIGHT LLP

By: _____
Stephen T. Ball
Florida Bar No. 0716121
HOLLAND & KNIGHT LLP
Post Office Box 1526
Orlando, Florida 32802-1526
Phone: (407) 425-8500
Fax: (407) 244-5288

Trial Counsel for Defendant

# 2534556_v1

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TRACY A. MORRIS,

        Plaintiff,

vs.

MARONDA HOMES, INC. OF
FLORIDA, a Florida
corporation,

        Defendant.
_____/

CASE NO.:

8:05-CV-127-T-27MSS

**DEFENDANT'S NOTICE TO
COUNSEL OF REMOVAL OF ACTION**

TO:    Catherine A. Kyres
        Kyres Law Firm
        3818 West Azeele Street
        Tampa, FL 33609

**PLEASE TAKE NOTICE** that Defendant has this day filed in the United States District Court for the Middle District of Florida, Tampa Division, a Notice of Removal of this action from the state court to the federal court. By filing the notice, Defendant has effected removal of this action to the United States District Court for the Middle District of Florida, Tampa Division.

You are further notified that Defendants have filed a copy of the removal action with the Clerk of the Circuit Court for Hillsborough County, Florida. As a result of that filing and pursuant to 28 U.S.C. § 1446, the Hillsborough County

Circuit Court is prohibited from proceeding further in this action unless and until the action is remanded.

Courtesy copies of Defendant's federal and state removal notices, without accompanying appendices, are attached. Pursuant to the removal of this action and in accordance with relevant local and federal rules of civil procedure, please serve the undersigned with copies of all future pleadings and papers relating to this action that are filed in the United States District Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing **Defendant's Notice to Counsel of Removal of Action** was furnished by U.S. Mail, first class postage prepaid, to Catherine A. Kyres, Kyres Law Firm, 3818 West Azeele Street, Tampa, FL 33609 this 21st day of January, 2005

_____
Stephen T. Ball
Florida Bar No. 716121
HOLLAND & KNIGHT LLP
Post Office Box 1526
Orlando, Florida 32802-1526
Phone (407) 425-8500
Fax (407) 244-5288

Trial Counsel for Defendant

# 2534592_v1

2